IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DELORES REEDY                                                                                           PLAINTIFF

v.                                               NO. 4:08CV00413 JLH

ROCK-TENN COMPANY OF ARKANSAS, *et al.*                                          DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 10th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE